UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT K.H. BESSENT,

        Plaintiff,

-v-

WILLIAM F. TRINKLE,

        Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/10

No. 10 Civ. 4908 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendant's September 15, 2010 letter, which states that "Plaintiff and [D]efendant have agreed to the terms for settlement of this action." Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this Order, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

DATED:    September 15, 2010
                 New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE