UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/10
```

SCOTT K.H. BESSENT,

        Plaintiff,

-v-

WILLIAM F. TRINKLE,

        Defendant.

No. 10 Civ. 4908 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties's Stipulation of Dismissal, dated October 13, 2010. Accordingly, IT IS HEREBY ORDERED that the Court's Order dated September 15, 2010 is amended as follows:

The above-captioned action is dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All counterclaims in Defendant's Answer, dated July 26, 2010, are dismissed with prejudice. The Court retains jurisdiction of this matter for purposes of taking any action required to enforce the terms of the Agreement of Settlement between the parties, dated as of September 1, 2010.

SO ORDERED.

DATED:    October 14, 2010
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE